IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B.E. TECHNOLOGY, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 20-621 (LPS) <br> ) <br> ) <br> ) <br> ) |
| B.E. TECHNOLOGY, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 20-622 (LPS) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the parties to submit a proposed Scheduling Order is extended through and including February 26, 2021.

| | |
|---|---|
| BAYARD, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Ronald P. Golden III* | */s/ Kelly E. Farnan* |
| Stephen B. Brauerman (#4952) <br> Ronald P. Golden III (#6254) <br> 600 North King Street, Suite 400 <br> Wilmington, DE 19801 <br> (302) 655-5000 <br> sbrauerman@bayardlaw.com <br> rgolden@bayardlaw.com <br><br> *Attorneys for Plaintiff B.E. Technology, L.L.C.* | Kelly E. Farnan (#4395) <br> Valerie A. Caras (#6608) <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> farnan@rlf.com <br> caras@rlf.com <br><br> *Attorneys for Defendant Twitter, Inc.* |

2

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Jack B. Blumenfeld*

        Jack B. Blumenfeld (#1014)
        Brian P. Egan (#6227)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
        jblumenfeld@morrisnichols.com
        began@morrisnichols.com

        *Attorneys for Defendant Google LLC*

SO ORDERED this _____ day of February, 2021.

        _____
        United States District Judge