IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B.E. TECHNOLOGY, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-622 (GBW) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF DAVID J. ROSEN IN SUPPORT OF
DEFENDANT GOOGLE LLC'S REPLY IN SUPPORT OF ITS
MOTION TO EXCLUDE CERTAIN TESTIMONY OF IVAN ZATKOVICH**

I, David J. Rosen, hereby declare as follows:

1. I am a partner at the law firm Keker, Van Nest and Peters LLP ("Keker"), admitted to practice in the state of California and *pro hac vice* in this matter. Keker is counsel for Defendant Google LLC in this case. I make this declaration based upon my personal knowledge and am competent to testify as to the matters stated herein.

2. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the Declaration of Ivan Zatkovich in *inter partes* review proceeding IPR2021-00482, dated December 9, 2021.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 18, 2025, in San Francisco, California.

/s/ David J. Rosen
David J. Rosen

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 18, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Paul J. Skiermont, Esquire<br>Jaime K. Olin, Esquire<br>Kevin P. Potere, Esquire<br>Todd A. Martin, Esquire<br>Alexander E. Gasser, Esquire<br>SKIERMONT DERBY LLP<br>1601 Elm Street, Suite 4400<br>Dallas, TX  75201<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Mieke K. Malmberg, Esquire<br>SKIERMONT DERBY LLP<br>633 West Fifth Street, Suite 5800<br>Los Angeles, CA  90071<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)